# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CENTRALSQUARE
TECHNOLOGIES, LLC,

Plaintiff,

v. Case No.: 6:26-cv-01472-RBD-LHP

THE NATIONAL BOARD OF
BOILER AND PRESSURE VESSEL
INSPECTORS,

Defendant.

---

## ORDER

In the interest of justice, the undersigned transfers this case to United States Magistrate Judge Daniel C. Irick, with his permission, in light of *CentralSquare Technologies, LLC v. National Board of Boiler and Pressure Vessel Inspectors*, 6:25-cv-01294-RBD-DCI (M.D. Fla. July 11, 2025).

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record