**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CENTRALSQUARE
TECHNOLOGIES, LLC,

Plaintiff,

v. Case No. 6:26-cv-1472-RBD-DCI

THE NATIONAL BOARD OF BOILER
AND PRESSURE VESSEL
INSPECTORS,

Defendant,

---

**ORDER**

This matter is before the Court upon review of the file. On July 13, 2026, this Court entered its standard Initial Order. (Doc. 8.) Among other things, the Order states that the parties are directed to comply with Local Rule 3.02 by utilizing the Uniform Case Management Report form. Local Rule 3.02(b) states that the parties must file a Case Management Report within forty days after any defendant appears in an action originating in this court, within forty days after the docketing of an action removed or transferred to this court, or within seventy days after service on the United States attorney in an action against the United States, its agencies, or employees. To date, the parties have failed to file a joint Case Management Report as required.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **September 14, 2026,** the parties are **DIRECTED** to file a joint Case Management Report to comply with the Court's Order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 31, 2026.

ROY B. DALTON, JR.
United States District Judge