**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | | |
|---|---|---|
| CENTRALSQUARE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL BOARD OF BOILER AND PRESSURE VESSEL INSPECTORS,<br><br>Defendant. | ) | Case No. 6:26-cv-01472-RBD-DCI |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff CentralSquare Technologies, LLC hereby voluntarily dismisses this action without prejudice. Defendant has not served an answer or a motion for summary judgment. Accordingly, this dismissal is effective upon filing. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 2, 2026

Respectfully submitted,

*/s/ Lionel M. Lavenue*
Lionel M. Lavenue
FL Bar No. 947032
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700

***Attorney for Plaintiff CENTRALSQUARE TECHNOLOGIES, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Lionel M. Lavenue*
Lionel M. Lavenue